Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED IN CLERKS OFFICE

OCT 6 '21 PM12:34 USDC MA

Case No. _____ (to be filled in by the Clerk's Office)

Plaintiff(s): André Rene Levesque

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s): Mid-Hudson Forensic Psychiatric Center (et, al.)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: (check one) ☒ Yes ☐ No

~~Bench Trial Requested~~ at

*signed* André Rene Levesque

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- **Name:** André Rene Levesque #13009
- **Street Address:** 2834 Route 17M Ward 43
- **City and County:** New Hampton - Orange County
- **State and Zip Code:** New York 10958-0158
- **Telephone Number:** 800 725-4380
- **E-mail Address:** N/A

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Doctor Venkataraman Radhakrishnan
- Job or Title (if known) Street: Psychitrist II - Letch
- Address: 2834 Route 17 M
- City and County: New Hampton
- State and Zip Code: New York 10958-0158
- Telephone Number E-mail: 800 725-4380
- Address (if known): Unknown

Defendant No. 2
- Name: Dawn Mulder
- Job or Title (if known) Street: Mental Hygiene legal service
- Address:
- City and County:
- State and Zip Code:
- Telephone Number E-mail: @ Cartoonporn.com ?
- Address (if known):

Defendant No. 3
- Name: Mr. Wiggins
- Job or Title (if known) Street: Packages | mail - Orderly/float
- Address: 2834 Route 17 m
- City and County: New Hampton
- State and Zip Code: New York 10958-0158
- Telephone Number E-mail: crackerradio.com ?
- Address (if known):

~~Defendant No. 4~~
- Name: John & Jane doe's   Sperm breath @ Jizzum, Junckie ?
  1,2,3,4,5,6,7,8,9,10 + ........
  you cringe, cower, quiver and do (not) want to learn their retahed names causeing even more distress

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

| | |
|---|---|
| Job or Title *(if known)* Street | |
| Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

' Federal question         ' Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

$4^{th}, 6^{th}, 8^{th}, 11^{th}, 13^{th} + 14^{th}$ amendment violations

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* André Rene Levesque, is a citizen of the State of *(name)* Massachusetts.

    b. If the plaintiff is a corporation     Relevent & Related
       The plaintiff, *(name)* ____, is incorporated under the laws of the State of
       The Trust of the new Born King *(name)*, and has its principal place of business in the State of *(name)*
       Village of Lake George N.Y. ? see: 1:21-cv-10223 DJC U.SD.C. District of Massachusetts

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s) — State of New York — all 23 million residents

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

    b. If the corporation defendant is a

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

To many Fucking Retards to list

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* Clinton County Index #'s

Also see: Civil Action in New York System 2020-0000315 + 2020-0000303

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

Unless the 150 Billion in Union funds of New York Pays me 1 Billion dollars, The Comptroller and legislators will continue to ignore the 2012 Justice Departments warning to stop the Pestulent Insulence and lazyness

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the Abuse's facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Daily Harriments that cause my Autonomous system to inject me with Stress cortizone, fight&flight Hydraulics a plathora of Violations due to Malice.

Also see: exhibit E

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. The defendants caused and continue to cause me extreme distress and irreparable harms my pain and suffering is enormous/Great

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-16-21

Signature of Plaintiff: *André René Lévesque (ce L)*

Printed Name of Plaintiff: André Réné Lévèsqüé

#### B. For Attorneys

Date of signing: Pro-Su at this time
International Registry Number

Signature of Attorney: 7697l-7EP244A(K.G.B.)

KGB471683A (5-14) 27
                    38

KGB471683A
(3-14) 28
      28